■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX LEE, Appellant.—Judgment, Supreme Court, Bronx County (Irving Lang, J.), rendered on January 25, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Lynch, Milonas and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL MITCHELL, Appellant.—Judgment, Supreme Court,

New York County (Jeffrey Atlas, J.), rendered on June 1, 1983, unanimously affirmed.